# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| FEDERAL HOME LOAN MORTGAGE CORPORATION,<br><br>            Plaintiff,<br><br>    v.<br><br>TWIN CITY FIRE INSURANCE COMPANY, AXIS REINSURANCE COMPANY, HOUSTON CASUALTY COMPANY, CERTAIN UNDERWRITERS AT LLOYD'S OF LONDON SUBSCRIBING TO POLICY NO. 509/QA020707<br><br>            Defendants. | Case No. 1:23-cv-01758-CRC |

## ORDER

Upon the Joint Motion to Dismiss by Plaintiff Federal Home Loan Mortgage Corporation ("Freddie Mac") and Defendant Lloyd's of London Subscribing to Policy No. 509/QA020707 ("Lloyd's"), it is hereby ORDERED that:

1. The Joint Motion to Dismiss is GRANTED.

2. The claims asserted by Freddie Mac against Lloyd's in this action are DISMISSED WITH PREJUDICE, with each party to bear its own attorneys' fees and costs.

3. The claims, if any, asserted by Lloyd's against Freddie Mac in this action are DISMISSED WITH PREJUDICE, with each party to bear its own attorneys' fees and costs.

1

SO ORDERED this 23rd day of January, 2025.

_____

Hon. Christopher R. Cooper

Dated: January 23, 2025